No. 879. LOVING ET AL., A COPARTNERSHIP, *v.* UNITED STATES ET AL. April 29, 1940. *Per Curiam:* The judgment is affirmed. *McDonald* v. *Thompson,* 305 U. S. 263, 266; *United States* v. *Maher,* 307 U. S. 148, 153–154; *Interstate Commerce Commission* v. *Union Pacific R. Co.,* 222 U. S. 541, 547–548; *Los Angeles Switching Case,* 234 U. S. 294, 311–312. *Messrs. Robert H. Ledbetter* and *E. P. Ledbetter* for appellants.

No. 881. OHIO EX REL. JONAK *v.* WHITE ET AL., MEMBERS OF THE INDUSTRIAL COMMISSION OF OHIO. April 29, 1940. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Louisville & Nashville R. Co.* v. *Schmidt,* 177 U. S. 230, 236; *Holmes* v. *Conway,* 241 U. S. 624, 631–632; *Hardware Dealers Insurance Co.* v. *Glidden,* 284 U. S. 151, 158; *Snyder* v. *Massachusetts,* 291 U. S. 97, 105; *Radium Dial Co.* v. *Ryan,* 308 U. S. 504. *Mr. Lody Huml* for appellant. *Mr. Thomas J. Herbert* for appellees.

No. —, original. EX PARTE JOHN A. CURTIS. April 29, 1940. Motion for leave to file a petition for writ of habeas corpus denied.